1  ACKERMANN & TILAJEF, P.C.
   Craig J. Ackermann (SBN 229832)
2  cja@ackermanntilajef.com
   315 South Beverly Drive, Suite 504
3  Beverly Hills, California 90212
   Telephone: (310) 277-0614
4  Facsimile: (310) 277-0635

5  Attorneys for Plaintiff and the Putative Class

6  Evan E. Kroll, Bar No. 333754
   ekroll@littler.com
7  LITTLER MENDELSON, P.C.
   633 West Fifth Street
8  63rd Floor
   Los Angeles, CA  90071
9  Telephone:  213.443.4300
   Fax No.:     213.443.4299

10
   Attorneys for Defendant
11 SYSCO LOS ANGELES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYSCO LOS ANGELES, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:23-CV-10504 CBM (KSx)<br><br>**ORDER RE: DISMISSAL  [21] [JS-6]**<br><br>**[Fed. R. Civ. Proc. 41(a)(1)(A)(i)-(ii)]**<br><br>Complaint Filed: December 15, 2023<br>Trial Date:         Not set |

# ORDER

Having received and reviewed the Parties' Notice of Settlement and Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)-(ii), as well as the supporting declaration filed therewith from Plaintiff's counsel, and good cause appearing therefore, IT IS ORDERED that Plaintiff's individual claims in this action be dismissed with prejudice, and the claims of the putative class be dismissed without prejudice.

The Court further finds that there is no need for notice to be provided to the putative class members about the dismissal of the claims of the putative class without prejudice, since there is no prejudice to the class members from a dismissal without prejudice of the class claims.

Each side shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated: MAY 28, 2024

United States District Judge
Consuelo B. Marshall

1